UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH SIMMONS,

    Plaintiff,

  v.

ALCANTARA,

    Defendant.

No. 2:19-cv-2492 KJN P

ORDER

    Plaintiff filed a motion for extension of time to file an amended complaint, as well as a request for a copy of his original complaint to assist him in drafting his amended pleading. Good cause appearing, plaintiff will be provided a copy of his original pleading. In the future, however, plaintiff is cautioned that copies are only provided upon payment of fifty cents per page.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 9) is granted;

    2. Plaintiff shall file an amended complaint on or before June 30, 2020; and

    3. The Clerk of the Court shall send plaintiff a copy of his original complaint (ECF No. 1).

Dated: May 4, 2020

simm2492.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE