UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH SIMMONS,<br><br>            Plaintiff,<br><br>       v.<br><br>ALCANTARA,<br><br>            Defendant. | No.  2:19-cv-2492 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff seeks a court order providing him with a copy of his operative pleading because his copy was lost while his jailhouse lawyer was hospitalized, and plaintiff cannot prepare his amended complaint without it.  (ECF No. 21.)  Plaintiff acknowledged the court's prior warning that he must retain copies of his own pleadings.  (ECF No. 10.)  The undersigned observes that at this time, plaintiff is laboring under his final extension of time, and thus grants plaintiff's motion.  However, no further such motions will be granted; rather plaintiff must pay for any copies at the rate of fifty cents per page.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a copy of his amended complaint (ECF No. 21) is granted; and

2. The Clerk of the Court shall send plaintiff a copy of the amended complaint (ECF No. 11).

Dated:  February 3, 2021

/simm2492.cop

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE